# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**TEXTRON FINANCIAL CORPORATION,**

    **Plaintiff,**

**-vs-**              **Case No. 6:10-cv-799-Orl-28DAB**

**TOPLINE APPLIANCE DEPOT, INC;
ROBERT P. BARNAS, II; REBECCA A.
BARNAS; ROBERT A. SCHENK; and
CHERYL L. SCHENK,**

    **Defendant.**

_____

## ORDER

    This case is before the Court on Plaintiff's Motion for Default Judgment (Doc. No. 17) filed July 30, 2010. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

    After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.  That the Report and Recommendation filed October 12, 2010 (Doc. No. 20) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.  Plaintiff's Motion for Default Judgment is **GRANTED**.

    3.  Default Final Judgment is entered in favor of Plaintiff, Textron Financial Corporation and against Defendants Topline Appliance Depot, Inc., Robert P. Barnas, II,

Rebecca A. Barnas, Robert A. Schenk, and Cheryl L. Schenk, jointly and severally, for the for the following amounts:

- $212,961.08 for the sold and unpaid Collateral;
- $35,614.20 for the deficiency due on the items of inventory recovered and sold;
- $14,493.10 for unpaid interest as of July 13, 2010; and
- interest from July 13, 2010 to November 15, 2010.

Plaintiff shall file a Notice with the Court no later than November 12, 2010, with the interest due from July 14, 2010 to November 15, 2010.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __9th__ day of November, 2010.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge